COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Raymond Lee Cavitt v. State of Texas

Appellate case number:   01-13-00900-CR

Trial court case number: 1342490

Trial court:             174th District Court of Harris County

       Counsel for appellant filed a brief on May 6, 2014 that contains sensitive information as defined by Tex. R. App. P. 9.10(a)(3).  Specifically, the brief identifies by name a minor victim of sexual assault.  The brief also identifies other minors by name in violation of this rule.

       We **STRIKE** the brief.  Counsel is **ORDERED** to refile, within 10 days of the date of this order, a compliant brief containing appropriate redactions and use of aliases.

       It is so ORDERED.

Judge's signature: _____/s/ Sherry Radack_____
               X  Acting individually     ☐  Acting for the Court

Date: _____March 12, 2015_____